UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

"In re FORFEITURE OF $1,006.00"

or

MARC KING,

    Plaintiff,

v

CITY OF GRAND RAPIDS,
POLICE DEPARTMENT; and
JOSEPH SIRARD, THOMAS LYZENGA,
and JERMY HUFFMAN,

    Defendants.
_____/

Case No. 1:04-cv-604

Hon. Wendell A. Miles

## JUDGMENT

In accordance with the Opinion and Order on Defendants' "Motion for Summary Judgment" entered on this date,

IT IS ORDERED AND ADJUDGED that this action is hereby DISMISSED with prejudice in its entirety.

Entered this 3rd day of May, 2005.

                    /s/ Wendell A. Miles
                    Wendell A. Miles
                    Senior U.S. District Judge